IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERY D. TURNER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV00746 SWW |
| | * | |
| ARKANSAS CHILDREN'S HOSPITAL, | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed. The relief sought is denied.

DATED this 26th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE