IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JEFFERY D. TURNER, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:10CV00746 SWW |
| | * |
| ARKANSAS CHILDREN'S HOSPITAL, | * |
| | * |
| Defendant. | * |

## ORDER

Before the Court is a bill of costs filed by defendant Arkansas Children's Hospital to which plaintiff did not timely respond.

"[C]osts . . . shall be allowed as of course to the prevailing party unless the court otherwise directs." Fed.R.Civ.P. 54(d).  The district court has substantial discretion in awarding costs to a prevailing party under 28 U.S.C. § 1920 and Rule 54(d). *Zotos v. Lindbergh School Dist.,* 121 F.3d 356 (8th Cir. 1997).  Generally, only two reasons justify denying costs to the prevailing party: (1) misconduct by the prevailing party worthy of a penalty and (2) the losing party's inability to pay. *Congregation of the Passion v. Touche, Ross & Co.,* 854 F.2d 219 (7th Cir. 1988).

Arkansas Children's Hospital seeks costs in the amount of $666.35 for a transcript and $60.44 for copying.  The Court finds no reason to deny costs to the defendant in the amount of $726.79.

IT IS THEREFORE ORDERED that Arkansas Children's Hospital's motion for bill of costs [docket entry 20] is granted.

DATED this 2nd day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE